Certificate Number: 16339-PAM-DE-039823206

Bankruptcy Case Number: 18-02685


16339-PAM-DE-039823206

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on June 30, 2025, at 10:47 o'clock PM EDT, Catherine C Curran completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 30, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor