# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Catherine C Curran

Case No.: 5-18-02685 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Selene |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 9629 |
| Property Address if applicable: | 1453 Lakeside Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $34,217.51 |
| b. | Prepetition arrearages paid by the trustee: | $34,217.51 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $34,217.51 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: July 28, 2025

    Respectfully submitted,

    /s/ Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA  17036
    Phone:  (717) 566-6097
    Fax:  (717) 566-8313
    email:  info@pamd13trustee.com

Case 5:18-bk-02685-MJC    Doc 61    Filed 07/28/25    Entered 07/28/25 06:52:43    Desc
Page 2 of 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Catherine C Curran

Case No.: 5-18-02685 MJC

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 28, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Philip W Stock, Esquire
706 Monroe St
Stroudsburg PA 18360

**Served by First Class Mail**
Selene Finance LP
ATT: BK Dept
3501 Olympus Blvd Suite 500
Dallas TX 750195

Catherine C Curran
1453 Waterfront Dr
Tobyhanna PA 18466

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02685    **CATHERINE C. CURRAN**

**SELENE FINANCE, LP**
ATTN: BANKRUPTCY DEPT
P.O. BOX 9046
COPPELL, TX  75019-

Sequence: 24
Modify:
Filed Date: 8/21/2018 12:00:00AM
Hold Code:

Acct No: 9629/PRE ARREARS/1453 LAK

|  | Debt: | $34,217.51 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $123,384.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $34,217.51 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **SELENE FINANCE, LP** | | | | | | | |
| 520-0 | SELENE FINANCE, LP | | 06/17/2025 | 2048893 | $689.25 | $0.00 | $689.25 | |
| 520-0 | SELENE FINANCE, LP | | 05/14/2025 | 2047917 | $1,405.11 | $0.00 | $1,405.11 | 06/05/2025 |
| 520-0 | SELENE FINANCE, LP | V | 04/29/2025 | 2045145 | ($702.56) | $0.00 | ($702.56) | 04/29/2025 |
| 520-0 | SELENE FINANCE, LP | | 04/14/2025 | 2046970 | $702.56 | $0.00 | $702.56 | 05/02/2025 |
| 520-0 | SELENE FINANCE, LP | | 03/18/2025 | 2046085 | $702.56 | $0.00 | $702.56 | 04/01/2025 |
| 520-0 | SELENE FINANCE, LP | | 02/19/2025 | 2045145 | $702.56 | $0.00 | $702.56 | 04/29/2025 |
| 520-0 | SELENE FINANCE, LP | | 01/15/2025 | 2044192 | $702.55 | $0.00 | $702.55 | 02/07/2025 |
| 520-0 | SELENE FINANCE, LP | | 12/17/2024 | 2043250 | $702.56 | $0.00 | $702.56 | 01/22/2025 |
| 520-0 | SELENE FINANCE, LP | | 10/23/2024 | 2041346 | $1,405.12 | $0.00 | $1,405.12 | 11/12/2024 |
| 520-0 | SELENE FINANCE, LP | | 09/17/2024 | 2040352 | $702.56 | $0.00 | $702.56 | 10/09/2024 |
| 520-0 | SELENE FINANCE, LP | | 08/07/2024 | 2039330 | $702.55 | $0.00 | $702.55 | 08/20/2024 |
| 520-0 | SELENE FINANCE, LP | | 07/10/2024 | 2038433 | $702.56 | $0.00 | $702.56 | 07/29/2024 |
| 520-0 | SELENE FINANCE, LP | | 06/18/2024 | 2037617 | $702.56 | $0.00 | $702.56 | 07/03/2024 |
| 520-0 | SELENE FINANCE, LP | | 05/22/2024 | 2036725 | $702.56 | $0.00 | $702.56 | 06/28/2024 |

Case 5:18-bk-02685-MJC    Doc 61    Filed 07/28/25    Entered 07/28/25 06:52:43    Desc    1
Page 4 of 7

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | SELENE FINANCE, LP | | 04/17/2024 | 2035720 | $702.55 | $0.00 | $702.55 | 05/13/2024 |
| 520-0 | SELENE FINANCE, LP | | 03/14/2024 | 2034755 | $702.56 | $0.00 | $702.56 | 04/09/2024 |
| 520-0 | SELENE FINANCE, LP | | 02/14/2024 | 2033791 | $702.56 | $0.00 | $702.56 | 03/04/2024 |
| 520-0 | SELENE FINANCE, LP | | 01/12/2024 | 2032852 | $2,079.56 | $0.00 | $2,079.56 | 01/25/2024 |
| 520-0 | SELENE FINANCE, LP | | 12/19/2023 | 2031970 | $702.56 | $0.00 | $702.56 | 12/29/2023 |
| 520-0 | SELENE FINANCE, LP | | 11/15/2023 | 2031008 | $702.55 | $0.00 | $702.55 | 11/22/2023 |
| 520-0 | SELENE FINANCE, LP | | 10/18/2023 | 2030068 | $384.40 | $0.00 | $384.40 | 11/06/2023 |
| 520-0 | SELENE FINANCE, LP | | 09/19/2023 | 2029087 | $384.39 | $0.00 | $384.39 | 10/03/2023 |
| 520-0 | SELENE FINANCE, LP | | 08/09/2023 | 2028069 | $384.39 | $0.00 | $384.39 | 09/11/2023 |
| 520-0 | SELENE FINANCE, LP | | 07/11/2023 | 2027080 | $384.40 | $0.00 | $384.40 | 08/02/2023 |
| 520-0 | SELENE FINANCE, LP | | 06/13/2023 | 2026161 | $369.30 | $0.00 | $369.30 | 07/07/2023 |
| 520-0 | SELENE FINANCE, LP | | 05/16/2023 | 2025225 | $369.30 | $0.00 | $369.30 | 05/26/2023 |
| 520-0 | SELENE FINANCE, LP | | 04/18/2023 | 2024231 | $369.31 | $0.00 | $369.31 | 05/02/2023 |
| 520-0 | SELENE FINANCE, LP | | 03/15/2023 | 2023185 | $369.30 | $0.00 | $369.30 | 03/30/2023 |
| 520-0 | SELENE FINANCE, LP | | 02/15/2023 | 2022188 | $369.30 | $0.00 | $369.30 | 02/28/2023 |
| 520-0 | SELENE FINANCE, LP | | 01/18/2023 | 2021190 | $369.31 | $0.00 | $369.31 | 02/07/2023 |
| 520-0 | SELENE FINANCE, LP | | 12/13/2022 | 2020190 | $369.30 | $0.00 | $369.30 | 12/29/2022 |
| 520-0 | SELENE FINANCE, LP | | 11/16/2022 | 2019227 | $369.30 | $0.00 | $369.30 | 12/16/2022 |
| 520-0 | SELENE FINANCE, LP | | 10/18/2022 | 2018208 | $389.55 | $0.00 | $389.55 | 10/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 09/13/2022 | 2017130 | $389.56 | $0.00 | $389.56 | 09/26/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SELENE FINANCE, LP | | 08/17/2022 | 2016128 | $389.56 | $0.00 | $389.56 | 09/02/2022 |
| 520-0 | SELENE FINANCE, LP | | 07/13/2022 | 2015058 | $362.55 | $0.00 | $362.55 | 07/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 06/14/2022 | 2014085 | $362.55 | $0.00 | $362.55 | 07/18/2022 |
| 520-0 | SELENE FINANCE, LP | | 05/17/2022 | 2013069 | $362.56 | $0.00 | $362.56 | 06/17/2022 |
| 520-0 | SELENE FINANCE, LP | | 04/12/2022 | 2011969 | $362.55 | $0.00 | $362.55 | 04/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 03/16/2022 | 2010954 | $362.55 | $0.00 | $362.55 | 03/30/2022 |
| 520-0 | SELENE FINANCE, LP | | 02/16/2022 | 2009954 | $362.55 | $0.00 | $362.55 | 03/02/2022 |
| 520-0 | SELENE FINANCE, LP | | 01/19/2022 | 2009001 | $362.56 | $0.00 | $362.56 | 01/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 12/15/2021 | 2007977 | $362.55 | $0.00 | $362.55 | 12/30/2021 |
| 520-0 | SELENE FINANCE, LP | | 11/16/2021 | 2006963 | $362.55 | $0.00 | $362.55 | 11/29/2021 |
| 520-0 | SELENE FINANCE, LP | | 10/14/2021 | 2005934 | $373.28 | $0.00 | $373.28 | 10/29/2021 |
| 520-0 | SELENE FINANCE, LP | | 09/14/2021 | 2004873 | $373.27 | $0.00 | $373.27 | 09/28/2021 |
| 520-0 | SELENE FINANCE, LP | | 08/18/2021 | 2003894 | $373.27 | $0.00 | $373.27 | 08/26/2021 |
| 520-0 | SELENE FINANCE, LP | | 07/14/2021 | 2002805 | $373.28 | $0.00 | $373.28 | 07/23/2021 |
| 520-0 | SELENE FINANCE, LP | | 06/16/2021 | 2001823 | $373.27 | $0.00 | $373.27 | 06/24/2021 |
| 520-0 | SELENE FINANCE, LP | | 02/17/2021 | 1227410 | $1,951.35 | $0.00 | $1,951.35 | 03/02/2021 |
| 520-0 | SELENE FINANCE, LP | | 10/15/2020 | 1222828 | $460.64 | $0.00 | $460.64 | 11/02/2020 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 02/13/2020 | 1214128 | $2,276.03 | $0.00 | $2,276.03 | 02/20/2020 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 01/16/2020 | 1212774 | $2,144.77 | $0.00 | $2,144.77 | 01/23/2020 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/12/2019 | 1211416 | $222.30 | $0.00 | $222.30 | 12/27/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/07/2019 | 1210044 | $222.30 | $0.00 | $222.30 | 11/18/2019 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 09/26/2019 | 1207801 | $454.12 | $0.00 | $454.12 | 10/03/2019 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/07/2019 | 1206293 | $221.82 | $0.00 | $221.82 | 08/19/2019 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/11/2019 | 1204948 | $59.33 | $0.00 | $59.33 | 07/19/2019 |

**Sub-totals:** $34,217.51  $0.00  $34,217.51

**Grand Total:** $34,217.51  $0.00