United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-02685-MJC
Catherine C. Curran  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 30, 2025     Form ID: 3180W     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine C. Curran, 1453 Waterfront Drive, Tobyhanna, PA 18466-3684 |
| 5077699 | + | A PCP POA, 112 Recreation Drive, Tobyhanna, PA 18466-7715 |
| 5080634 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5342639 | + | Blue Ridge Cable, 613 Third Street, PO Box 215, Palmerton, PA 18071-0215 |
| 5098033 | | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 |
| 5077703 | + | Ditech, 7360 S. Kyrene Rd., Tempe, AZ 85283-8432 |
| 5077704 | + | ECMC Navient, 111 S. Washington Ave. Ste. 1400, Minneapolis, MN 55401-6800 |
| 5077706 | + | LV Pain Management, 1240 S. Cedar Crest Blvd. Ste. 307, Allentown, PA 18103-6263 |
| 5077710 | + | PPL, PO Box 9001845, Louisville, KY 40290-1845 |
| 5077709 | + | Pocono Medical Center, PO Box 822009, Philadelphia, PA 19182-2009 |
| 5077711 | + | Scranton Emergency Physician Services, 1800 Mulberry St., Scranton, PA 18510-2369 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5077700 | ^ | MEBN | Jul 30 2025 18:37:21 | Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 5077701 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 30 2025 18:40:00 | Chrysler Capital, PO box 660335, Dallas, TX 75266-0335 |
| 5085864 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 30 2025 18:40:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5077702 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 30 2025 18:40:00 | Credit Management Company, 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5086958 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 30 2025 18:40:00 | ECMC, Po Box 16408, St Paul, MN 55116-0408 |
| 5077705 | ^ | MEBN | Jul 30 2025 18:37:23 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5077707 | + | Email/Text: Bankruptcies@nragroup.com | Jul 30 2025 18:40:00 | National Recovery Agency, PO Box 67015, Harrisburg, Pennsylvania 17106-7015 |
| 5450334 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 30 2025 18:40:00 | New York State Dept. of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 5077708 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 30 2025 18:40:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5342640 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jul 30 2025 18:40:00 | PA Dept. of Labor & Industry, UC Benefits, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 5094086 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 18:44:50 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 10587, Greenville, SC 29603-0587 |
| 5338257 | + | Email/Text: bkteam@selenefinance.com | Jul 30 2025 18:40:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5356329 | + | Email/Text: RASEBN@raslg.com | Jul 30 2025 18:40:00 | Wilmington Savings Fund Society,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5138778 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2025 18:40:00 | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust, ET AL, C/O RUSHMORE LOAN MANAGEMENT SERVICES, P.O. Box 52708, Irvine, CA 92619-2708, Wilmington Savings Fund Society, FSB, d/ 92619-2708 |
| 5138777 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2025 18:40:00 | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust, ET AL, C/O RUSHMORE LOAN MANAGEMENT SERVICES, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5338258 | *+ | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Selene Finance LP as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

James Warmbrodt
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

Jerome B Blank
    on behalf of Creditor Ditech Financial LLC pamb@fedphe.com

Michelle McGowan
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST. mimcgowan@raslg.com

Monroe County Tax Claim Bureau
    TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Philip W. Stock
    on behalf of Debtor 1 Catherine C. Curran pwstock@ptd.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Catherine C. Curran<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8435<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–02685–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Catherine C. Curran

7/30/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2