Debtor 1     <u>Catherine C. Curran</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : <u>MIDDLE</u> District of <u>Pennsylvania</u>
                                                       (State)

Case number <u>5:18-bk-02685-MJC</u>

# Form 4100R
# Amended Response to Notice of Final Cure      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 9629

**Property address:** 1453 LAKESIDE DRIVE ,
                                  Number         Street
                                  TOBYHANNA, PA 18466
                                  City                        State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     <u>5/1/2026</u>
                                                                                    MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                               (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:       **+** (b) $_____

c. Total. Add lines a and b.                                                                                 (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                             MM/ DD/ YYYY

*Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this Response to Notice of Final Cure is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.

| Debtor 1 | Catherine C. Curran | | | Case number *(if known)* | 5:18-bk-02685-MJC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ]  I am the creditor.
[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Jordan Katz                    Date 08/13/2025
   Signature

Print   Jordan Katz                              Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number           Street

          Fairfield            NJ             07004
          City                 State          ZIP Code

Contact   470-321-7112                         Email jkatz@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Catherine C. Curran
1453 Waterfront Drive
Tobyhanna, PA 18466

And via electronic mail to:

Philip W. Stock
706 Monroe Street
Stroudsburg, PA 18360

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

        By: /s/ Jessica Kerrigan
        Email: jkerrigan@raslg.com